# EXHIBIT A

# Portfolio Recovery Associates, LLC

February 13, 2018

Dear NATASHA M ARCE,

We know life happens.
And, at times, customers may fall behind on financial commitments. We understand.

You may have debt, but you also have options. Please contact us. We are standing by and ready to help.

Sincerely,
Portfolio Recovery Associates, LLC

## Account Details

Name: NATASHA M ARCE
Account Number: ████████4160
Seller: CAPITAL ONE BANK N.A.
Merchant: CAPITAL ONE BANK N.A.
Original Creditor: CAPITAL ONE BANK (USA) NA
Creditor to Whom Debt is Owed: Portfolio Recovery Associates, LLC
Current Balance Due: $1,139.40

## Account Offers

### Pay the Full Balance

- 1 Payment of $1,139.40*
- 6 Monthly Payments of $189.90*
- 12 Monthly Payments of $94.95*

Your account will be considered "Paid in Full" after your final payment is successfully posted.

### OR

### Choose a Savings Plan

- 1 Payment(s) of $626.67 and SAVE $512.73*
- Pay $210.98 for 3 consecutive months and SAVE $506.46*
- Pay $106.28 for 6 consecutive months and SAVE $501.72*

The savings will be applied to the balance and your account will be considered "Settled in Full" after your final payment is successfully posted.

*We are not obligated to renew this offer.

Your first payment must be received by: 04/02/2018



## Contact Us

| Visit us online at: www.prapay.com | Call Toll-Free 1-800-772-1413 to discuss your account with us. | Portfolio Recovery Associates, LLC P.O. Box 12914 Norfolk, VA 23541 |

The law limits how long you can be sued on a debt and how long a debt can appear on your credit report. Due to the age of this debt, we will not sue you for it or report payment or non-payment of it to a credit bureau.

**This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION