UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATASHA ACRE, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES,<br>LLC, et al.,<br>    Defendants. | No. 3:18-cv-01406 (SRU) |

## NOTICE TO PLAINTIFF

The court has reviewed the file in this case to monitor the plaintiff's compliance with Rule 4(m) of the Federal Rules of Civil Procedure. Rule 4(m) provides, in part, that if service of the summons and complaint is not made upon a defendant within 90 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice or direct that service be effected within a specified and appropriate time, provided the plaintiff shows good cause for the failure.

An executed return of service upon **PORTFOLIO RECOVERY ASSOCIATES, LLC** has not been filed in **NINETY (90)** days. The plaintiff is hereby put on notice that, in the absence of satisfactory compliance with Rule 4(m) within **THIRTY (30)** days, the court shall enter a dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated at Bridgeport, Connecticut, this **15th** day of **November 2018**.

ROBIN D. TABORA, CLERK

By: /s/ ROCHELLE JAIMAN
Rochelle Jaiman, Deputy Clerk